[No. 3282-5-III. Division Three. May 22, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE CHRISTIAN MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-1-00630-8, Carl L. Loy, J., entered February 16, 1979. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Roe, JJ.

[No. 3090-3-III. Division Three. May 22, 1980.] ·

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE M. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 6482, B. E. Kohls, J., entered August 29, 1978. *Reversed* and *remanded* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 3146-2-III. Division Three. May 22, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. HARVEY FROEHLICH, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78-1-00125-0, Blaine Hopp, Jr., J., entered October 6, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.